UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JEROME TALLEY, | ) | CASE NO. C08-0677-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 1983 |
| | ) | ACTION |
| T.C. BAILEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED without prejudice;

(3) Plaintiff's application to proceed *in forma pauperis* is DENIED as moot; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 27th day of June, 2008.

s/ Thomas S. Zilly

THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1